**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-30245 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00027-DWM |
| v. | |
| ANGELLA LEANN PARKER, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted September 21, 2015[**]

Before:    REINHARDT, LEAVY, and BERZON, Circuit Judges.

Angella Leann Parker appeals pro se from the district court's order denying

her motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have

jurisdiction under 28 U.S.C. § 1291. We review de novo whether a district court

has authority to modify a sentence under section 3582(c)(2), *see United States v.*

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Leniear*, 574 F.3d 668, 672 (9th Cir. 2009), and we affirm.

Parker argues that she is eligible for a sentence reduction under Amendment 782 to the Sentencing Guidelines. The district court properly concluded that Parker is ineligible for a sentence reduction because her sentence is already below the amended Guidelines range, and the government did not file a motion for substantial assistance. *See* U.S.S.G. § 1B1.10(b)(2) (unless the government filed a motion for substantial assistance, the district court shall not reduce a defendant's term of imprisonment under § 3582(c)(2) to a term below the amended Guidelines range); *United States v. Davis*, 739 F.3d 1222, 1224 (9th Cir. 2014).

All pending motions are denied as moot.

**AFFIRMED.**

14-30245